Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination **Hand-Delivered**

FILED
CHARLOTTE, NC

JUL 10 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
_____ Division

| | |
|---|---|
| Sandy Cimanda Strother <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Invest Collegiate, Erika Richardson, Jeffrey Foster, Richard Boulding, Cierra Lamay <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:23-cv-412-RJC <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sandy Cimanda Strother |
   | Street Address | 19113 Chandlers Landing Drive |
   | City and County | Cornelius, Mecklenburg |
   | State and Zip Code | North Carolina, 28031 |
   | Telephone Number | 704-728-1476 |
   | E-mail Address | scstrother704@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

| | |
|---|---|
| Name | Invest Collegiate |
| Job or Title (if known) | |
| Street Address | 2045 Suttle Ave |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | North Carolina, 28208 |
| Telephone Number | (704) 370-4000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Erika Richardson |
| Job or Title (if known) | Chair of the Board of Invest Collegiate |
| Street Address | 2045 Suttle Ave |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | North Carolina, 28208 |
| Telephone Number | (704) 370-4000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Jeffrey Foster |
| Job or Title (if known) | Director of Invest Collegiate |
| Street Address | 2045 Suttle Ave |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | North Carolina, 28208 |
| Telephone Number | (704) 370-4000 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Richard Bouldin |
| Job or Title (if known) | Director of Operations of Invest Collegiate |
| Street Address | 2045 Suttle Ave |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | North Carolina, 28208 |
| Telephone Number | (704) 370-4000 |
| E-mail Address (if known) | |

EXHIBIT 2

Further, my total compensation for 2023 would have been $52,600 ($25,000 enrollment + base salary ($2,300 x 12 mo.). The annual salary of Bilingual Enrollment Coordinators in the Charlotte Metro Area is $50,000-$60,000. If Dr. Bouldin and Ms. Lamay had supported my efforts, the enrollment gains would have been higher. Fiscal mismanagement is one of the reasons the charter for the school was not renewed.

On Friday, March 17, 2023, I hosted a presentation to parents of the 13 high school graduates regarding the ceremony schedule of activities and gifts. In preparation for the meeting, I bought beverages, hors d'oeuvres, and cookies costing about $200, exclusive of the costs for the boxes. ICT staff present were Dean of Students Mr. Lozenzo Steele and Director Foster arrived tardy. I created unique graduation gift boxes for the students and displayed one to the parents. Ms. Henry, one of the graduate's parent, and I planned the entire graduation ceremony. However, at the closing of the meeting, Director Foster only thanked Dr. Boulding, who did not attend the meeting, for his efforts planning the graduation. After Director Foster finished, I corrected him and thanked Ms. Henry for her efforts and stated that she and I had performed the work to date. Following the meeting, Dr. Foster said that the reason he gave thanks to Dr. Bouldin because Dr. Bouldin has loyal students that were in the meeting and will report the events of the meeting and could create trouble to him and to me. Additionally, he warned me that Dr. Bouldin would bring harm to me as they know my SUV and my residence in Cornelius. Those statements frightened to me as Director Foster's demeanor was very serious and he appeared scared and told me to watch my back. Additionally, Director Foster said Dr. Bouldin knows a lot of bad people. Due to this incident, I physically returned to the school only once to take my belongings.

In an act of Retaliation, on the afternoon of Sunday, March 19th, 2023, Director Foster called me and said that ICT does not, and will not, have the funds to compensate me per the agreement. My husband, Dr. Timothy Strother, asked for my phone and elaborated on my 7-day per week campaign. After a tense conversation, followed by additional calls, Director Foster and I agreed that I would continue to promote ICT until the end of the academic year in June 2023. However, the last pay from ICT occurred at the end of April 2023. Further, Ms. Cierra Lamay, a young, inexperienced Caucasian female staff member, was given my duties and has continued to be paid through June 30,2023.

I used my substantial reputation in the Hispanic community to attract Latino parents and their children to the school based upon lies about the future of the school from Director Foster, Dr. Bouldin, and Dr. Richardson. Contemporaneously, the defendants lied about the standing of the school and stated they found a new location for the school as the building lease is set to expire in July 2023. Of course, parents of potential students wanted to know the location of the new school building.

On May 5, 2023, the N.C. Department of Public Instruction & Charter School Advisory Board sent the letter to not renew the charter of Invest Collegiate effective June 30,2023. Since that time, I have had to respond to numerous Hispanic families why I was recommending they enroll their children at ICT. Even worse, some families have chosen not to answer my calls to apologize.

I have worked on numerous political campaigns in the Charlotte, Davidson, and Cornelius, N.C. areas over the last two decades. I feel my reputation has been permanently tarnished in the Hispanic community.

EXHIBIT 2

In October 2022, I started to substitute teach at Invest Collegiate Transform for $120 per day, wanting to give back to minority students. I am one of two Latina educators at the school. Minority children comprise 98% of the student body. The monthly substitute teacher compensation rate for full-time substitutes was $2,000 ($100 x 20/days).

In January 2023, Director Jeffrey Foster and COO Dr. Richard Bouldin discussed with me the addition of Enrollment Specialist and Outreach Manager, and Graduation Coordinator. An agreement was made for me to coordinate and campaign for kindergarten students. The agreement stated I am to be compensated based on the number of new students that enroll due to my efforts. The base compensation was increased to $2,300/mo. I began extensive outreach activities that can be verified with community and business leaders in the Charlotte area.

Beginning March 2023, I was subjected to unwelcome comments and actions by the Director of Operations, Dr. Richard Bouldin. He falsely accused me of plotting to close ICT. Furthermore, he told Director Foster that I was working with an above 40 years of age female African-American staff member that Foster terminated in December 2022. Also, Dr. Bouldin refused to provide information that I need to perform my job. Additionally, Ms. Cierre Lamay, a staff member close to Dr. Bouldin, was sending Hispanic families away from the school and failed to inform me when they were present and/or calling my office. The only other Hispanic employee told me in prior years the newest administrators would attract Latino children to enroll and after receiving the N.C. per student funding allocation was received in September, the school would not provide the resources needed for ESL students to succeed. Hence, the parents would pull their students out of ICT. N.C. State data on student diversity are consistent with this statement as the number of Latino students has declined significantly over the last 5 years.

Per our oral agreement, I am to receive $250 per student enrolled at Invest Collegiate. (How the $250 per student amount was determined is illustrated later.) Thus, each family turned away by Ms. Lamay or hindered by Dr. Bouldin, resulted in a loss of potential wages. Moreover, Dr. Bouldin has not reimbursed me for several outstanding items. Also, simple items, like business cards, were not provided by Dr. Bouldin and my husband had to design and order business cards and other items. I believe Dr. Bouldin's actions reflect a bias against Hispanics, and me specifically.

In the Charlotte Metro area, schools such as Moment Schools pay Enrollment Specialists per student as high as $350 per student. Note that even Samantha Sneed School, the school nurse, was paid $150 to enroll her son at Invest Collegiate. Hence, we agreed $250 per student is fair compensation.

By the end of March 2023, I believe more than 100 students enrolled or attempted to enroll for the next school year due to my hard work. Ms. Lamay controlled the enrollments data and would not provide the data to me. However, no one disagreed with my posit that more than 100 students enrolled because of me. Thus, based on the agreement, I am due more than $25,000 (100 students x $250/per student).

In late February 2023, Bob Bedi of Media Integrations came to the school to create an enrollment push video both in English and Spanish. I brought the Latino models included in the video. Mr. Bedi, a Caucasian male about the same age as me, was compensated no later than March 2023.

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Invest Collegiate Transform |
| Street Address | 2045 Suttle Ave |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | North Carolina, 28208 |
| Telephone Number | 704-370-4000 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**03/17/2023**

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [x] gender/sex     4+ Women above 40 years fired
- [ ] religion
- [x] national origin     Panamanian
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*
_____

E. The facts of my case are as follows. Attach additional pages if needed.

In October 2022, I started to substitute teach at Invest Collegiate Transform for $120 per day, wanting to give back to minority students. I am one of two Latina educators at the school. Minority children comprise 98% of the student body. The monthly substitute teacher compensation rate for full-time substitutes was $2,000 ($100 x 20/days).

**SEE ADDENDUM 2**

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
**04/06/2023**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* **07/06/2023**.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For damages to my reputation in the Hispanic community, which I believe are permanent given I am 59 years old, I ask the court for a punitive damage. As I can no longer obtain a position as an Bilingual enrollment specialist at any school in the Charlotte, N.C. area, I ask for the following: Using a perpetuity pricing model with a perpetuity from 59 years to 80 years of age, a base salary amount of $25,000 per year, and a discount rate of 3 per cent, result in a punitive damage of $385,375.

For discrimination on National Origin by Dr. Bouldin and Ms. Lamay, I ask for recompense as they hindered my ability to enroll Hispanic students. The number of missed students is probably in the 10 to 25 range. If we take the midpoint, that is (17x$250) $4,250. I ask for Punitive damages of $10,000.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/10/2023

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Sandy Cimanda Strother

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____